## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:03CR263 |
| vs. | |
| **KIMBERLY F. FOX,** | ORDER TO RELEASE GARNISHMENT |
| Defendant. | |

This matter comes before the court on the plaintiff's Motion to Release Garnishment (Filing No. 81) as against Fishnet Marketing, 133 Main Ave. W, Ste. 101, West Fargo, ND 58078.  Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Release Garnishment (Filing No. 81) is granted.

2. The garnishment against Fishnet Marketing is released.

Dated this 2nd day of October, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge